IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CAPONE, <br><br> *Plaintiff,* <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> *Defendant.* | Civ. Action No. 2:23-cv-01783 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, John Capone, ("Plaintiff") and Defendant, Costco Wholesale Corporation, ("Defendant") hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

By: */s/ Erik M. Yurkovich*
    Erik M. Yurkovich, Esq. (Pa. Bar No. 83432)
    Kyle H. Steenland, Esq. (Pa. Bar No. 327786)

    The Workers' Rights Law Group, LLP
    Foster Plaza 10
    680 Andersen Drive, Suite 230
    Pittsburgh, PA 15220
    Telephone: 412.910.9592
    Facsimile: 412.991.7510
    erik@workersrightslawgroup.com
    kyle@workersrightslawgroup.com

    *Counsel for Plaintiff, John Capone*

**SEYFARTH SHAW LLP**

By: /s/ *Eric J. Janson*
　　Eric J. Janson, Esq.
　　Pa. Bar No. 319827
　　SeyFarth Shaw LLP
　　975 F Street, NW
　　Washington, D.C. 20004
　　Phone: 202.463.2400
　　E-mail: ejanson@seyfarth.com

　　*Counsel for Defendant, Costco*
　　*Wholesale Corporation*

It is so ordered this 31st day of May 2024.

_____
Marilyn J. Horan
United States District Judge